**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:09-cr-0206-RLH-PAL |
| vs. | ) | **O R D E R** |
| WILLIAM AUBREY, *et al.*, | ) | |
| Defendant. | ) | |

Before this Court is the Order and Report of Findings and Recommendation of United States Magistrate Judge Peggy A. Leen (#53, entered November 22, 2010), regarding Defendant Aubrey's Motion to Dismiss Count One (#37) and Defendant Carl's Joinder thereto (#39). An objection (#54) was filed to Magistrate Judge Leen's Order and Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.[1]  The United States filed a Response to Objections (#55), and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Order and Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

---

[1] The Objection title suggests that it is an objection to both the Order granting the Joinder and the Recommendation of denial of the Motion to Dismiss.  However, the language of the Objection only addresses the Recommendation of denial and this Order will address the Objection as such.

1

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Order and Report of Findings and Recommendation (#53 entered November 22, 2010) is ACCEPTED and ADOPTED, Defendant Carl's Motion to Join (#39) is GRANTED and Defendant Aubrey's Motion to Dismiss (#37) is DENIED.

Dated:   December 15, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**