UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>) | 2:09-CR-00206-KJD-PAL |
| VS. )<br>)<br>) | |
| WILLIAM AUBREY ET AL., )<br>) | |
| Defendant, )<br>) | |

ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals, for said jury shall be paid by the Clerk of Court for May 1 and May 2, 2013.

Dated: May 2, 2013

_____
KENT J. DAWSON, U.S. DISTRICT JUDGE