IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-206-KJD-PAL |
| Plaintiff, | ) | |
| v. | ) | |
| WILLIAM AUBREY | ) | |
| Defendant. | ) | |

**ORDER**

On November 22, 2015, Defendant William Aubrey filed the instant unopposed motion to set the date for self-surrender to the institution designated by the Federal Bureau of Prisons as Friday, February 5, 2016 before 2:00 p.m. Finding good cause, the Court **grants** the unopposed motion and **ORDERS** Defendant William Aubrey to self-surrender on **Friday, February 5, 2016 before 2:00 p.m.** to the institution designated by the Federal Bureau of Prisons for service of his sentence.

**IT IS SO ORDERED**.

DATED: __November 23__, 2015

_____
KENT J. DAWSON
SENIOR UNITED STATES DISTRICT COURT JUDGE

3